IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUSANAH HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| CITY OF OVERLAND PARK and ) | |
| MGMCO, INC. d/b/a SYKES LADY ) | |
| OVERLAND PARK GOLF COURSE, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF REMOVAL OF ACTION (FEDERAL QUESTION)

Pursuant to 28 U.S.C. § 1331, 1441(a) and § 1446, the Defendant City of Overland Park, Kansas hereby removes the above-captioned action from the District Court of Johnson County, Kansas, Case No. 15-CV-02668, to the United States District Court for the District of Kansas sitting in Kansas City, Kansas.

Removal of this action is proper because, pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's allegations concerning a violation of her rights under the Americans with Disabilities Act, 42 U.S.C.A. § 12101 *et seq*.

In support of its removal, the City states and alleges as follows:

1. On or about April 30, 2015, Plaintiff filed suit against the Defendants in the District Court of Johnson County Kansas. A copy of the Petition is attached hereto as **Exhibit 1.**

2. The City was served with a Summons and a copy the Petition on May 6, 2015. A copy of the Summons is attached hereto as **Exhibit 2.**

3. Removal of this case is appropriate under 28 U.S.C. § 1331 because this Court has original jurisdiction over Plaintiff's claims under the Americans with Disabilities Act.

4. Written Notice of Removal will be contemporaneously mailed to all parties and filed with the Clerk of the District Court of Johnson County, Kansas pursuant to 28 U.S.C. § 1446(d). A copy of such Notice of Removal together with the Certificate of Service is attached hereto as **Exhibit 3.**

5. Removal has occurred within 30 days of the date of service on the City of the original Petition.

6. Counsel for Defendant MGMCO, Inc. has been contacted and has consented to the removal, and a formal written consent will be filed with this Court.

WHEREFORE, Defendant City of Overland Park, Kansas, hereby gives notice of the removal of the above-captioned action now pending in the District Court of Johnson County, Kansas to the United States District Court for the District of Kansas sitting in Kansas City, Kansas.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757; Fax: (913) 339-6187
E-mail: mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANT CITY OF OVERLAND PARK, KANSAS

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of May, 2015, the foregoing *Notice of Removal of Action (Federal Question)* was electronically filed with the Clerk of the U.S. District Court for the District of Kansas, and a service copy was deposited in the United States Mail, postage prepaid, to the following:

Michael J. Patton
Supreme Court No. 25015
534 S. Kansas Ave., Suite 1120
Topeka, KS  66603
(785)273-4330; Fax: (785) 354-1901
E-mail:  mike@joepatton.com
ATTORNEY FOR PLAINTIFF

John J. Fogarty III, #22783
*Manz Swanson Hall Fogarty & Gellis, P.C.*
1000 Walnut, Suite 800
Kansas City, Missouri 64106
(816) 472-5310; Fax: (816) 472-5320
E-mail:  jfogarty@mslawkc.com
ATTORNEYS FOR DEFENDANT MGMCO, INC.
D/B/A SYKES LADY OVERLAND PARK GOLF COURSE

                                          /s/ Michael K. Seck
                                          Michael K. Seck, #11393