MICHAEL J. PATTON
Supreme Court No. 25015
534 S. Kansas Ave Suite 1120
Topeka, KS 66603
(785) 273-4330
FAX (785) 354-1901
mike@joepatton.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS

| | |
|---|---|
| SUSANAH HUDSON,<br>Plaintiff<br>v.<br><br>CITY OF OVERLAND PARK<br>AND<br>MGMCO, INC. d/b/a SYKES LADY<br>OVERLAND PARK GOLF COURSE<br>Defendant | ) Case No. 2:15-cv-09093 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the plaintiff, by and through her counsel of record, requests an order dismissing the above matter with prejudice.

This matter has settled and the plaintiff is no longer pursuing a case against the above named defendants. Pursuant to the parties agreement this matter must be dismissed with prejudice.

WHEREFORE, it is requested that this matter is dismissed with prejudice.

Respectfully Submitted,

_/s/ Michael J. Patton_
MICHAEL J. Patton    #25015
534 S. Kansas Ave, Suite 1120
Topeka, KS 66603
(785) 273-4330
Attorney for Plaintiff