MICHAEL J. PATTON
Supreme Court No. 25015
534 S. Kansas Ave Suite 1120
Topeka, KS 66603
(785) 273-4330
FAX (785) 354-1901
mike@joepatton.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS

| | |
|---|---|
| SUSANAH HUDSON, ) | |
|     Plaintiff ) | Case No. 2:15-cv-09093-CM-KGG |
| v. ) | |
| ) | |
| CITY OF OVERLAND PARK ) | |
| AND ) | |
| MGMCO, INC. d/b/a SYKES LADY ) | |
| OVERLAND PARK GOLF COURSE ) | |
|     Defendant ) | |

### ORDER FOR DISMISSAL WITH PREJUDICE

NOW on this 21st day of September, 2015, the plaintiff, by and through her counsel of record, requests an order pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) and the stipulation of the parties, dismissing the above matter with prejudice.

IT IS THEREFORE ORDERED that this matter shall be and is dismissed with prejudice.

IT IS SO ORDERED.

                                                    s/ Carlos Murguia
                                                    JUDGE OF THE DISTRICT COURT

Submitted by:
PATTON AND PATTON, CHARTERED

_____
MICHAEL J. Patton    #25015
534 S. Kansas Ave, Suite 1120
Topeka, KS 66603